Fourth Omnibus Claims Objection

In re: VeraSun Energy Corporation, et al.
Case No. 08-12606 (BLS) Jointly Administered

## Exhibit A
## Duplicate Claims

| Claimant Name and Address | Remaining Claim Number | Duplicate Claim to be Expunged | Claim Amount to be Disallowed | | | | Reason for Disallowance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Secured | Admin | Priority | Unsecured | Total | |
| CompuWeigh Corporation
50 Middle Quarter Rd
Woodbury, CT 06798 | 2348 | 2577 | $0.00 | $0.00 | $0.00 | $5,250.00 | $5,250.00 | Duplicate Claim |
| Dowco Valve Company
700 Spiral Blvd
Hastings, MN 55033 | 2301 | 355 | $0.00 | $0.00 | $0.00 | $12,220.28 | $12,220.28 | Duplicate Claim |
| Herron, Danny
1775 Sherman St No 1375
Denver, CO 80203 | 2976 | 3897 | $0.00 | $0.00 | $0.00 | $2,100,351.82 | $2,100,351.82 | Duplicate Claim |
| Schapa, Barry
8622 Merlin Dr
Houston, TX 77055 | 3219 | 3240 | $0.00 | $0.00 | $0.00 | $1,124,995.99 | $1,124,995.99 | Duplicate Claim |

Total Claims To Be Expunged:    4

Page 1