Fourth Omnibus Claims Objection

In re: VeraSun Energy Corporation, et al.
Case No 08-12606 (BLS) Jointly Administered

## Exhibit B

## Assumed And Assigned Claims

| Claimant Name and Address | Claim to be Disallowed | Claim Amount to be Disallowed | | | | | Reason for Disallowance |
|---|---|---|---|---|---|---|---|
| | | Secured | Admin | Priority | Unsecured | Total | |
| City of Central City Nebraska<br>Box 147 1615 17th Ave<br>Central City, NE 68826 | 257 | $0.00 | $0.00 | $0.00 | $72,895.59 | $72,895.59 | Assumed pursuant to Central City Sale Order, Schedule 1.1a item number 3, Docket #1006. |
| CLCX Inc<br>198 N Main St<br>Cornelia, GA 30531 | 3122 | $240,076.88 | $0.00 | $0.00 | $0.00 | $240,076.88 | Assumed pursuant to Notice of Assumption and Assignment of Executory Contract or Unexpired Lease, Docket #1573. |
| Energy Management & Consulting Services LLC<br>609 E Tan Tara Cir Ste 102<br>Sioux Falls, SD 57108 | 59 | $0.00 | $0.00 | $1,333.61 | $33,924.43 | $35,258.04 | Assumed pursuant to Notice of Assumption and Assignment of Executory Contract or Unexpired Lease, Docket #1703. |
| Fagen Inc<br>Robert T Kugler 150 S Fifth St Ste 2300<br>Minneapolis, MN 55402 | 766 | $1,206,668.89 | $0.00 | $0.00 | $0.00 | $1,206,668.89 | Assumed pursuant to Notice of Assumption and Assignment of Executory Contract or Unexpired Lease, Docket #1703. |
| Northern Natural Gas Company<br>P O Box 3330<br>Omaha, NE 68103 | 2435 | $1,980,918.00 | $0.00 | $0.00 | $12,678,903.00 | $14,659,821.00 | Assumed pursuant to Notice of Assumption and Assignment of Executory Contract or Unexpired Lease, Docket #1703. |
| Total Claims To Be Expunged: | 5 | $3,427,663.77 | $0.00 | $1,333.61 | $12,785,723.02 | $16,214,729.40 | |

Page 1