IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Case No. 08-12606 (BLS) |
| VERASUN ENERGY CORPORATION, et al., | Chapter 11 |
| Debtors.[1] | Jointly Administered |
| | **Related to Docket No. 1955** |

**NOTICE OF FILING OF PLAN ADMINISTRATOR AGREEMENT BETWEEN VERASUN ENERGY CORPORATION AND ITS AFFILIATED DEBTORS AND KDW RESTRUCTURING & LIQUIDATION SERVICES LLC DATED AS OF DECEMBER 17, 2009**

PLEASE TAKE NOTICE that on July 31, 2009, the above captioned debtors and debtors-in-possession (collectively, the "Debtors") filed the Joint Plan of Liquidation of VeraSun Energy Corporation and its Affiliated Debtors (Docket No. 1642) (the "Plan").

PLEASE TAKE FURTHER NOTICE that on October 13, 2009, the Debtors filed the Notice of Filing of Plan Supplements to the Joint Plan of Liquidation of VeraSun Energy Corporation and its Affiliated Debtors (Docket No. 1920) (the "Plan Supplement").

---

[1] The Debtors consist of: VeraSun Energy Corporation (EIN: 20-3430241); ASA OpCo Holdings, LLC (EIN: 68-0609122); US BioEnergy Corporation (EIN: 20-1811472); VeraSun Albert City, LLC (EIN: 20-2264707); VeraSun Albion, LLC (EIN: 55-0907221); VeraSun Aurora Corporation (EIN: 46-0462174); VeraSun BioDiesel, LLC (EIN: 20-3790860); VeraSun Bloomingburg, LLC (EIN: 55-0907224); VeraSun Central City, LLC (EIN: 55-0816855); VeraSun Charles City, LLC (EIN: 20-3735184); VeraSun Dyersville, LLC (EIN: 26-3594945); VeraSun Fort Dodge, LLC (EIN: 42-1630527); VeraSun Granite City, LLC (EIN: 20-5909621); VeraSun Hankinson, LLC (EIN: 20-2852457); VeraSun Hartley, LLC (EIN: 20-5381200); VeraSun Janesville, LLC (EIN: 20-4420290); VeraSun Linden, LLC (EIN: 55-0907228); VeraSun Litchfield, LLC (EIN: 20-8621370); VeraSun Marion, LLC (EIN: 20-3477343); VeraSun Marketing, LLC (EIN: 20-3693800); VeraSun Ord, LLC (EIN: 75-3204878); VeraSun Reynolds, LLC (EIN: 20-5914827); VeraSun Tilton, LLC (EIN: 26-1539139); VeraSun Welcome, LLC (EIN: 20-4115888); VeraSun Woodbury, LLC (EIN: 20-0647425).

PLEASE TAKE FURTHER NOTICE that on October 21, 2009, the Debtors filed the Notice of Filing of Amendment to Plan Supplements to the Joint Plan of Liquidation of VeraSun Energy Corporation and its Affiliated Debtors (Docket No. 1948).

PLEASE TAKE FURTHER NOTICE that on October 21, 2009, the Debtors filed the Modified Joint Plan of Liquidation of VeraSun Energy Corporation and its Affiliated Debtors (Docket No. 1944).

PLEASE TAKE FURTHER NOTICE that on October 23, 2009, the United States Bankruptcy Court for the District of Delaware (the "Court") entered the Findings of Fact, Conclusions of Law, and Order Under 11 U.S.C. §§ 1129(a) and (b) and Fed. R. Bankr. P. 3020 Confirming the Joint Plan of Liquidation of VeraSun Energy Corporation and its Affiliated Debtors (Docket No. 1955).

PLEASE TAKE FURTHER NOTICE that on December 17, 2009, the Debtors filed the final, fully-executed version of the Plan Administrator Agreement between VeraSun Energy Corporation and its Affiliated Debtors and KDW Restructuring & Liquidation Services LLC Dated as of December 17, 2009, a copy of which is attached hereto as Exhibit A.

PLEASE TAKE FURTHER NOTICE that copies of the above-referenced documents can be obtained on the Court's website at www.deb.uscourts.gov by registered users of the Court's case filing system, on the Debtors' restructuring website at www.kccllc.com or from counsel for the Debtors as set forth below.

Dated: Wilmington, Delaware
       December 17, 2009

       */s/ Davis Lee Wright*
Mark S. Chehi (I.D. No. 2855)
Davis Lee Wright (I.D. No. 4324)
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899
(302) 651-3000

- and -

Felicia Gerber Perlman
John K. Lyons
Skadden, Arps, Slate, Meagher & Flom LLP
155 N. Wacker Drive, Suite 2700
Chicago, Illinois 60606
(312) 407-0700

Counsel for Debtors and
Debtors in Possession

3