## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re  **VeraSun Energy Corporation et al.**

| | |
|---|---|
| **Case No. (Jointly Administered)** | **08-12606** |
| **Reporting Period:** | **30-Sep-14** |
| | |
| **Federal Tax I.D. #** | **20-3430241** |

## CORPORATE QUARTERLY REPORT

File with the Court and submit a copy to the United States Trustee within 30 days after the end of the quarter and submit a copy of the report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Post-Confirmation Quarterly Summary Report | | x | |
| Balance Sheet | | x | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

Signature of Authorized Individual*

Mark Dickey                                                                      10/31/2014
Printed Name of Authorized Individual                          Date

Authorized Representative
Title

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

In re  VeraSun Energy Corporation et al.

| | |
|---|---|
| Case No. (Jointly Administered) | 08-12606 |
| Reporting Period: | 30-Sep-14 |
| Federal Tax I.D. # | 20-3430241 |

**Post-Confirmation Quarterly Summary Report**
**(000's)**

**TIME PERIOD:**
**07/01/2014 - 09/30/2014**

| Case Number | VeraSun Energy Corporation | ASA OpCo | US BioEnergy Corporate | Marion | Hankinson | Albert City | Woodbury | Central City | Ord | Dyersville | Janesville |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 08-12606 | 08-12610 | 08-12612 | 08-12611 | 08-12620 | 08-12613 | 08-12629 | 08-12615 | 08-12625 | 08-12617 | 08-12622 |
| **Beginning Cash Balance** | $ 5,527 | $ 1,022 | $ 8 | $ 410 | $ 602 | $ 83 | $ 419 | $ 559 | $ 356 | $ 368 | $ 90 |
| Cash Receipts | 977 | 33 | | 31 | 10 | | 4 | 5 | 8 | | |
| **Total Cash Available** | $ 6,504 | $ 1,055 | $ 8 | $ 441 | $ 612 | $ 83 | $ 423 | $ 564 | $ 364 | $ 368 | $ 90 |
| **Disbursements** | | | | | | | | | | | |
| Disbursements made under the plan | | | | | 598 | | | 555 | 355 | 359 | 84 |
| Professional Fee Disbursements | 114 | | 0 | 3 | 0 | | (0) | 1 | 0 | 1 | 1 |
| Disbursement of amounts due to AgStar | | | | | | | | | | | |
| All other disbursements made in the ordinary course: | 58 | 0 | 7 | 5 | 2 | 0 | 1 | 0 | 1 | 1 | 0 |
| **Total Disbursements** | 172 | 0 | 7 | 8 | 600 | 0 | 0 | 556 | 356 | 361 | 85 |
| **Ending Cash Balance** | $ 6,332 | $ 1,055 | $ 1 | $ 433 | $ 12 | $ 83 | $ 422 | $ 8 | $ 8 | $ 7 | $ 5 |

In re VeraSun Energy Corporation et al.

| | |
|---|---|
| Case No. (Jointly Administered) | 08-12606 |
| Reporting Period: | 30-Sep-14 |
| Federal Tax I.D. # | 20-3430241 |

**Balance Sheet**
**(000's)**

> The balance sheet does not reflect all adjustments, information and note disclosures normally included in quarterly consolidated financial statements prepared in accordance with GAAP.

| Case Number | | VeraSun Energy Corporation 08-12606 | ASA OpCo 08-12610 | US BioEnergy Corporate 08-12612 | Marion 08-12611 | Hankinson 08-12620 | Albert City 08-12613 | Woodbury 08-12629 | Central City 08-12615 | Ord 08-12625 | Dyersville 08-12617 | Janesville 08-12622 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Assets** | | | | | | | | | | | | |
| Assets | | | | | | | | | | | | |
| Cash and cash equivalents | (a) | $ 6,327 | $ 1,055 | $ 1 | $ 433 | $ 12 | $ 83 | $ 422 | $ 8 | $ 8 | $ 7 | $ 5 |
| Prepaid expenses and other assets | | 1,031 | | | | | | | | | | |
| **Total Assets** | | $ 7,358 | $ 1,055 | $ 1 | $ 433 | $ 12 | $ 83 | $ 422 | $ 8 | $ 8 | $ 7 | $ 5 |
| **Liabilities and Stockholders' Equity** | | | | | | | | | | | | |
| Liabilities | | | | | | | | | | | | |
| Accounts payable | | $ 119 | | | | | | | | | | |
| Intercompany (receivable)/payable | (b) | (217) | | | | | 217 | | | | | |
| **Total Liabilities Not Subject to Compromise** | | (98) | | | | | 217 | | | | | |
| Liabilities subject to compromise | (c) | 434,822 | 202,783 | 6,547 | 5,727 | 36,367 | 9,136 | 15,316 | 25,493 | 14,199 | 34,923 | 22,017 |
| Intercompany (receivable)/payable subject to compromise | | (98,099) | 99,107 | (36,018) | 8,771 | 16,021 | 7,410 | 2,678 | (9,892) | 761 | 7,900 | 1,361 |
| **Total Liabilities Subject to Compromise** | | 336,723 | 301,890 | (29,471) | 14,498 | 52,389 | 16,546 | 17,994 | 15,600 | 14,961 | 42,824 | 23,378 |
| **Total Liabilities** | | 336,625 | 301,890 | (29,471) | 14,498 | 52,389 | 16,763 | 17,994 | 15,600 | 14,961 | 42,824 | 23,378 |
| **Shareholders' Equity** | | (329,267) | (300,835) | 29,472 | (14,065) | (52,377) | (16,680) | (17,571) | (15,592) | (14,953) | (42,816) | (23,373) |
| **Total Liabilities and Shareholders' Equity** | | $ 7,358 | $ 1,055 | $ 1 | $ 433 | $ 12 | $ 83 | $ 422 | $ 8 | $ 8 | $ 7 | $ 5 |

(a) The difference under VeraSun Energy Corporation's cash and cash equivalents compared to the ending cash balance on the Bank Account Information is the outstanding check balance as of September 30, 2014.

(b) This amount excludes scheduled claims and pending adjustments and allocations.

(c) This amount does not reflect the amount of the allowed claims to the extent that they exceed book balances.

**In re  VeraSun Energy Corporation et al.**

| | | |
|---|---|---:|
| **Case No. (Jointly Administered)** | | **08-12606** |
| **Reporting Period:** | | **30-Sep-14** |
| | | |
| **Federal Tax I.D. #** | | **20-3430241** |

**Bank Account Information**
**(000's)**

| Legal Entity | | Case No. | Bank and account description | Bank Account No. | Bank Balance |
|---|---|---|---|---|---:|
| ASA OpCo Holdings, LLC | (b) | 08-12610 | Wilmington Trust | 098026-001 | 1,055 |
| US Bio Marion LLC | (b) | 08-12611 | Wilmington Trust | 098026-001 | 433 |
| US BioEnergy Corporation | (b) | 08-12612 | Wilmington Trust | 098026-001 | 1 |
| VeraSun Albert City, LLC | (b) | 08-12613 | Wilmington Trust | 098026-001 | 83 |
| VeraSun Central City, LLC | (b) | 08-12615 | Wilmington Trust | 098026-001 | 8 |
| VeraSun Dyersville, LLC | (b) | 08-12617 | Wilmington Trust | 098026-001 | 7 |
| VeraSun Energy Corporation | (a) | 08-12606 | Wilmington Trust | 098026-000 | 1,070 |
| | (b) | 08-12606 | Wilmington Trust | 098026-001 | 5,090 |
| | | 08-12606 | Bank of America Sale Proceeds | 3755552871 | 172 |
| VeraSun Hankinson, LLC | (b) | 08-12620 | Wilmington Trust | 098026-001 | 12 |
| VeraSun Janesville, LLC | (b) | 08-12622 | Wilmington Trust | 098026-001 | 5 |
| VeraSun Ord, LLC | (b) | 08-12625 | Wilmington Trust | 098026-001 | 8 |
| VeraSun Woodbury, LLC | (b) | 08-12629 | Wilmington Trust | 098026-001 | 422 |
| | | | | **$** | **8,366** |

(a)  The cash balance of VeraSun Energy Corporation are held in a single account in the name of VeraSun Energy/KDWRLS PA Reserve.


(b)  The cash balances of ASA OpCo Holdings, LLC; US Bio Marion, LLC; US BioEnergy Corporation; VeraSun Albert City, LLC; VeraSun Central City, LLC; VeraSun Dyersville, LLC; VeraSun Energy Corporation; VeraSun Hankinson, LLC; VeraSun Ord, LLC; VeraSun Janesville, LLC; and VeraSun Woodbury, LLC are book entries and are held in a single account in the name of VeraSun Energy/KDWRLS PA Settlement.

**In re  VeraSun Energy Corporation et al.**

| | | |
|---|---|---|
| **Case No. (Jointly Administered)** | | **08-12606** |
| **Reporting Period:** | | **30-Sep-14** |
| | | |
| **Federal Tax I.D. #** | | **20-3430241** |

If additional information is required for the current or any future Quarterly Reports, please send the request to:

VeraSun Energy Corporation
PO Box 1788
Dakota Dunes, SD 57049-1788
Attn:  Mark Dickey